UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SILVER DREAM, LLC | CIVIL ACTION |
| VERSUS | NO. 10-3658 |
| 3MC, INC. ET AL. | SECTION "F" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of plaintiffs to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' Motion to Set Fees and Costs Pursuant to Referral, Record Doc. No. 58, is GRANTED IN PART AND DENIED IN PART and that defendants are awarded $29,724.00 in reasonable attorney's fees and $778.35 for costs.

New Orleans, Louisiana, this 23rd day of NOV., 2011.

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE